[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

mc

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAY 2 1 2018 KS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Anthony Brown

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:18-cv-3584
Judge Jorge Alonso
Magistrate Judge Michael T. Mason
PC 1

vs.

Major prentice
Lt. Jenkins
C/O gross

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Anthony Brown

    B. List all aliases: N/A

    C. Prisoner identification number: Y14079

    D. Place of present confinement: pontiac corrections

    E. Address: 700 W. Lincoln Street pontiac IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Officer gross

       Title: C/O

       Place of Employment: pontiac corrections

    B. Defendant: officer prentice

       Title: major

       Place of Employment: pontiac corrections

    C. Defendant: officer Jenkins

       Title: Lt.

       Place of Employment: pontiac corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: 16-C0850

   B.  Approximate date of filing lawsuit: 2-26-16

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D.  List all defendants: Officer Louis / Tom Dart

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

   F.  Name of judge to whom case was assigned: Charles P. Kocoras

   G.  Basic claim made: Unjustified force

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settlement Agreement

   I.  Approximate date of disposition: January 30 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1:18-cv-01230-JES  # 1  Page 4 of 9

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Exb. A on the date of 11-28-17 I was strip out in put in cell 127 on Z gallery by major prentice. She put me in cell 127 when the call did not work the toilet did not work no water work in this cell it was feces and urine all on the walls floor door and the window of the cell. Before I went in this cell I ask major prentice for a crisis team because I had dath in the family she said no I dont care and she put a door shield in furt of my door when I was trying to hang my self she said if you dont stop Im gas you and this is on camera that she is shaking. the mase can I ask for a crisis team again she walk off she then cumback and told me she going to make share that everbody on 3-11 dent get me a crisis team. Exb. B when 3-11 came and did count I was trying to hang my self again when Lt. Jenkins was called at the time was a sgt. to cell 127 he ask what

4                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

going on I ASK can I get a crisisteam He said your ok and walk off when c/o was walking past I ASK for crisis team No one Answer me when c/o gross was pasing out dinner trays when he got to my cell I had a jumpsuit around my neck he said if your going to kill your self do it and put my tray in my room and walk off this on camera when c/o gross cameback to pick up the food trays I took the spon and boke it I said I'm need a crisis team or I'm going to kill my self he said what you go do I boken the spon off in my penis He c/o gross watch me do it my penis start to bleed c/o gross said now How you going take it out and walk off when c/o gross was passing out mail I told c/o gross I need medical treatment he look at me and said No and walk off this is all on camera he cameback and said I dint know why you do that dumb Ass because you still Not geting No crisisteam or medical treatment because major prentice said Not to do shit for you or

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Exb. B we going to los are Job and I'm not losing my Job for your dumb ASS so Just kill your Self so I can watch and he walk off This is all on camera when the nurse was pasing out medcation I stop Her and said I need medical treatment Lt. Jenkins at the time was a Sgt. said He ok I said I'm bleeding from my penis again Lt. Jenkins He ok and walk off the nurse And Lt. Jenkins left me there bleeding with the boken Spon in my penis everbody yelling on 1 and J geller room 127 Brown Need medical treatment No one came to se if I was ok when C/O gross came back to my cell and said your Still not dead How your Dick dumb Ass and walk off this is all on camera when it was time to do count I was in my winde with my Jumpsuit around my neck C/O gross then called Lt. Jenkins and other c/o came to my door The Lt. said this the dumb Ass with The boken Spen in His Dick the Lt. then said what you want JackASS I Need medical treatment and a crisisteam he said bleed out dumb ASS and He walk off.

Exb.C  When the 11-7 came and did count I Ask for medical treatment C/O Said ok and walk off This is all on camera When the C/O's was doing there walk I was Asking for a nurse So I can get medical treatment No one got me medical treatment and the C/O's just Stop Answering me all together and just keep walking by my cell is on camera I stop this C/O for medical treatment when somebody Name calvin clark Ask me do I want him to write mental Health I said yes tell them Need a crisis team.

Exb.D  When 7-3 came and did count I Ask For medical treatment they Ask For what I said I have a boken spon in my penis They said ok and walk off I was in pain all night No one got me medical treatment when they was runing yard I Ask the Lt. Shen Doe For a crisis team and medical treatment he said ok and walk off this is all on camera on The date of 11-29-17 and that when C/O davis came to my cell and Ask do I wont to talk to mental Health I Said yes I then Ask C/O davis For a area Jump suit He said No he cuff me up and walk me down the geniler with my penis and butt locks hang out this is on camera when they walk me to the Hullingtank when mental Health Ask me do I'd wont to Kill my self I said yes she put me on 10 min watch before I went on watch major prentice came to

Exb. D  Holding tank I was in she said I shall not let you go on watch and left you in the with shit on the walls then she look at my Jumpsuit she said we can not let him outside the buildin let this she then give me a new Jumpsuit.

Exb. E  When I went on watch I ask the Nurse if I can get medical treatment she ask me for what I told Her I had a boken spon in my penis she took my Name and I.d# Number down and she told me she going to put me in to SE the Docter aweek go by still No Docter I told The C/O I need Medical treatment they told me to put in a sickcall so I did on the date of 12-14-17 I put in a sick call about the boken spon in my penis when I seen the Docter he ask me what happend I told him I boken a spon in my penis he said what happen after That I told him that my penis was bleeding he said we going to have you urine in a cup to Se if you damge anything. on the date of 12-28-17 I was seen for Bactrim the Docter told me that it was a infaction and gave me Antibiotic for it Im still having pain and problem with useing the bathroom evertime I was useing the bathroom I have a hard time urine and sometime it takes a day or 2 for me to use the bathroom when I do it hurt Bad when I urine.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I went the court to remove this officer from there Job For Voleted 8 Amendment Constitution Right by failing to protect me from self harm myself and not geting me no medical treatment pain and suffering and put me in a room with no water toilet dont work with Feces and urine in the room

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this May day of 15, 2018

Anthony Brown
(Signature of plaintiff or plaintiffs)

Anthony Brown
(Print name)

Y-14079
(I.D. Number)

700 W. Lincoln Street, pontiac IL, 61764
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]