# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| ANTHONY BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 18-1230 |
| MAJOR PRENTICE, et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff recover nothing on his claims against each of the named Defendants and that this action is dismissed on its merits, with parties to bear their own costs.

**Dated:**   6/24/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court